# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0015. DAKER v. WARD, COMMISSIONER GEORGIA DEPARTMENT OF CORRECTIONS.

Appellant's Emergency Motion for Extension to File a Discretionary Application is hereby **GRANTED**. Appellant has 30 days, or by December 21, 2021, in which to file his application.[1] No further extension will be granted.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  11/28/2022

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] See OCGA § 5-6-39 (c).